UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEPHEN FREUND,

                Plaintiff,

- against -

COOPER INDUSTRIES AND AETNA
LIFE INSURANCE COMPANY a/k/a
AETNA,

                Defendants.
------------------------------------------------------------x

Case No. 08-cv-00403 (NPM) (GJD)

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

      It is hereby STIPULATED AND AGREED, by and between the Parties hereto, through counsel for Plaintiff and counsel for Defendants, who state that they have been authorized by the Parties to enter into this Stipulation, that the above-captioned action is hereby dismissed in its entirety, with prejudice to Plaintiff, and with no award of counsel fees or costs by the Court.

LAW OFFICE OF FRANCIS E. MALONEY, JR.
P.O. Box 6507
Syracuse, New York 13217
*Attorney for Plaintiff*
(315) 699-3032

2/25/2009
Date

By: _____
Francis E. Maloney Jr., Esq.
*Attorney for Plaintiff*

JACKSON LEWIS LLP
One North Broadway
White Plains, New York 10601
(914) 328-0404

3/16/09
Date

By: _____
Jonathan M. Kozak (Bar Roll No. 509437)
*Attorney for Defendants*

Dated: 3/16, 2009

SO ORDERED:

_____
GTD Bianco
United States Magistrate Judge